IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL LEBLANC, #678480 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv99 |
| OWEN MURRAY, ET AL. | § | |

O R D E R

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Harry W. McKee.  The Reports and Recommendations of the Magistrate Judge, which contain proposed findings of fact and recommendations for the disposition of such action, have been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Plaintiff's motion for a physical and mental examination (docket entry #12) is **DENIED**.  It is further

**ORDERED** that the Plaintiff's motion for an injunction or preliminary injunction (docket entry #21) is **DENIED**.

So **ORDERED** and **SIGNED** this **13** day of **December, 2005.**

_____
Ron Clark, United States District Judge